ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sikorsky Aircraft Corporation | ) ASBCA No. 62382 |
| | ) |
| Under Contract No. W58RGZ-12-D-0183 | ) |

APPEARANCES FOR THE APPELLANT:    Stephen J. McBrady, Esq.
                                  Jonathan M. Baker, Esq.
                                    Crowell & Moring LLP
                                    Washington, DC

                                  John W. Chierichella, Esq.
                                    Sheppard, Mullin, Richter & Hampton LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   LTC Abraham L. Young, JA
                                   Harry M. Parent, III, Esq.
                                   Zachary F. Jacobson, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 1, 2022

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62382, Appeal of Sikorsky Aircraft Corporation, rendered in conformance with the Board's Charter.

Dated:  March 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals